IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARTFORD CASUALTY INSURANCE COMPANY,

    Plaintiff,

vs.                                                                                  Case No.: 1:12-cv-01110-MV-SMV

TRINITY UNIVERSAL INSURANCE COMPANY OF
KANSAS, TRINITY UNIVERSAL INSURANCE OF
KANSAS, and TRINITY UNIVERSAL INSURANCE
COMPANY as successor in interest to AMTRUST
INSURANCE COMPANY OF KANSAS, INC. and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants;

and

ZURICH AMERICAN INSURANCE COMPANY,

    Third Party Plaintiff,

vs.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY
and TWIN CITY FIRE INSURANCE COMPANY,

    Third Party Defendants;

and

TRINITY UNIVERSAL INSURANCE COMPANY OF
KANSAS, and TRINITY UNIVERSAL INSURANCE
COMPANY,

    Third Party Plaintiffs,

vs.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY
and TWIN CITY FIRE INSURANCE COMPANY,

    Third Party Defendants;

and

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Third Party Plaintiff,

vs.

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, and TRINITY UNIVERSAL INSURANCE COMPANY and JOHN DOES I-V,

    Third Party Defendants.

### ORDER ON ATTORNEY CHRISTOPHER D. BLUM'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF HARTFORD CASUALTY INSURANCE COMPANY

THIS MATTER having come before this Court on the unopposed motion of Attorney Christopher D. Blum to withdraw from this case as counsel for Plaintiff Hartford Casualty Insurance Company ("Hartford"), no opposition being presented as to the motion, and all parties having due notice, it is hereby ordered that:

1. The motion is granted.

2. Attorney Christopher D. Blum's appearance is withdrawn.  The Clerk of the Court is instructed to terminate Attorney Blum as counsel of record, and to remove his name from the CM/ECF System for this case.  Hartford has indicated its consent to Mr. Blum's withdrawal and it shall continue to be represented by Attorneys Randal W. Roberts, Wayne S. Karbal, and Kevin M. Lougachi.

                                                   Honorable Stephan M. Vidmar

Prepared by:
Christopher D. Blum
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 South Wacker Drive, Suite 1700
Chicago, Illinois  60606
Tel:    (312) 431-3700
cblum@karballaw.com

**EXHIBIT A**